IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

|  |  |  |
|---|---|---|
| Lawrence David Weaver, | ) | DSC No. 6:08-CV-2060 |
|  | ) |  |
| Plaintiff, | ) |  |
| vs. | ) |  |
|  | ) |  |
| Owens-Illinois, Inc., et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

The above-entitled action is now pending in this Court.

NOW comes Motley Rice, L.L.C, Attorneys for the Plaintiff, and moves for an Order of Dismissal with prejudice as to Owens-Illinois, Inc. and;

With the consent of Nelson Mullins Riley & Scarborough, LLP, Attorneys for Owens-Illinois, Inc.;

ORDERED that the Plaintiff be granted an Order of Dismissal with prejudice in the above-entitled matters as to Owens-Illinois, Inc.

AND IT IS SO ORDERED.

This the <u>19th</u> day of November, 2008.

<u>S/Henry F. Floyd</u>
Judge, United States District Court

| WE SO MOVE: | WE CONSENT: |
|---|---|
| MOTLEY RICE, L.L.C. | NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. |
| s/ V. Brian Bevon | s/ Robert O. Meriwether |
| V. Brian Bevon<br>Post Office Box 1792<br>Mt. Pleasant, SC  29465 | Robert O. Meriwether<br>Post Office Box 11070<br>Columbia, SC  29211 |
| Attorneys for Plaintiff | Attorneys for Owens-Illinois, Inc. |